UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNIQUE LEFLORE, individually and as parent and natural guardian of K.B., an infant over the age of fourteen years; CASSANDRA LANDES, individually and as parent and natural guardian of N.L., an infant over the age of fourteen years,

        Plaintiffs,

vs.

THE CITY OF ITHACA and Ithaca Police SERGEANT JOHN NORMAN, individually and in his capacity as an employee of the Ithaca Police Department,

        Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

Case No.: 5:15-cv-01035-GLS-DEP

    Pursuant to FRCP 41, it is hereby stipulated, by and between all plaintiffs and their attorneys of record and all defendants and their attorneys of record, that this action is dismissed with prejudice.

    Each party shall bear their own costs, attorney's fees, and expenses.

    Plaintiffs K.B and N.L. are infants. Plaintiffs K.B. and N.L., as well as Unique LeFlore and Cassandra Landes as their parents and naturals guardians, have confirmed by separate submission to this Court that they are discontinuing their lawsuit with prejudice. As such, pursuant to NYND Local Rule 17.1, the Court hereby authorizes and approves of this dismissal.

1

Dated: April __, 2016
       Ithaca, New York

SCHLATHER, STUMBAR, PARKS & SALK, LLP

By: _____
Raymond M. Schlather
ray@ithacalaw.com
Jacob P. McNamara
jake@ithacalaw.com
Diane V. Bruns
dianeb@ithacalaw.com
200 E. Buffalo Street, PO Box 353
Ithaca, NY 14851
Phone: 607.273.2202
Fax: 607.273.4436
*Attorneys for Plaintiffs UNIQUE LEFLORE, individually and as parent and natural guardian of K.B., an infant over the age of fourteen years; CASSANDRA LANDES, individually and as parent and natural guardian of N.L., an infant over the age of fourteen years*

Dated: April 14, 2016
       Syracuse, New York

GOLDBERG SEGALLA LLP

By: _____
Jonathan M. Bernstein, Bar Roll No. 512457
jbernstein@goldbergsegalla.com
Molly M. Ryan, Bar Roll No. 516097
mryan@goldbergsegalla.com
5786 Widewaters Parkway
Syracuse, NY 13214-1840
Phone: 315.413.5400
Fax:   315.413.5401
*Attorneys for Defendants City of Ithaca and John Norman*

2

SO ORDERED:

_____
U.S. District Judge
Date: April 18, 2016